578

371 A.2d 860

Commonwealth, Appellant, v. Miller.

Submitted September 13, 1976.
Maxine J. Stotland, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; Michael A. Seidman, for appellee.

Order affirmed.

371 A.2d 861

Commonwealth v. Mitchell, Appellant.

Submitted September 13, 1976. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.